```
IN THE UNITED STATES DISTRICT COURT
   FOR THE MIDDLE DISTRICT OF TENNESSEE
            NASHVILLE DIVISION
```

GARY HERNDON,                      )
                                   )
     Plaintiff,                    )
                                   )   No: 3:09-0733
          v.                       )   Judge Nixon/Brown
                                   )   **Jury Demand**
LIFE INSURANCE COMPANY OF NORTH    )
AMERICA,                           )
                                   )
     Defendant.                    )

### O R D E R

The undersigned Magistrate Judge conducted a settlement conference in this case on July 9, 2010. The parties and their representatives met, negotiated in good faith, but did not agree on a settlement of this case. At the conclusion of this settlement conference, counsel jointly requested additional time to continue their settlement negotiations, which additional time was granted by the undersigned Magistrate Judge. During a telephone conference with the parties on Friday, July 16, 2010, counsel reported that additional progress had been made, but that a few issues remained that require additional discussion and negotiation. In order to allow time for this additional negotiation, and for a previously scheduled family vacation of one of the counsel, the parties jointly requested a further extension to and including **Friday, July 30, 2010**, for purposes of additional settlement discussions. This request of the parties is **GRANTED**.

Counsel shall report by telephone to the undersigned Magistrate Judge on or before July 30, 2010, regarding the status of their settlement discussions.

It is so **ORDERED**.

          s/ John S. Bryant
          JOHN S. BRYANT
          United States Magistrate Judge