IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY HERNDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No: 3:09-0733 |
| v. ) | Judge Nixon/Brown |
| ) | **Jury Demand** |
| LIFE INSURANCE COMPANY OF NORTH ) | |
| AMERICA, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

The parties have advised the undersigned Magistrate Judge's office that they have reached a settlement in this matter. They further advised that a stipulation and proposed order of dismissal will be filed with the Court within a couple of days.

There is nothing further remaining to be done in this matter by the undersigned. Therefore, the Clerk is directed to return the file to the District Judge for his consideration of the stipulation and proposed order of dismissal once it is filed.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge