IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Gary Herndon, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 3:09-CV-0733 |
| vs. | ) Judge Nixon |
| | ) Magistrate Judge Brown |
| Life Insurance Company of North America, | ) |
| | ) |
| | ) Jury Demand |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff and Defendant have entered into a Settlement Agreement and General Release which fully settles all claims by Plaintiff in this case;

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a), that all claims that Plaintiff has pending against Defendant are dismissed with prejudice.

Respectfully Submitted,

/Peter T. Skeie
Peter T. Skeie (#021006)
P.O. Box 198288
211 Third Avenue North
Nashville, TN 37219
(615) 313-9111

*Attorney for Plaintiff*

s/Emily H. Plotkin
Emily H. Plotkin (BPR# 22978)
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
211 Commerce Street, Suite 800
Nashville, TN 37201
(615) 726-5614

and

So Ordered.
[signature] T. Nixon

1